IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: PATRICIA BOYD | ) |
| | ) |
| Chase Home Finance LLC, | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 08B26752 |
| | ) JUDGE Pamela S. Hollis |
| PATRICIA BOYD, | ) |
| Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Chase Home Finance LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the August 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of September 29, 2010:

   ```
   a. Attorney's Fees                                $250.00
   b. Payments                                     $3,595.34
   (8/10, 9/10 @ $905.35; 10/10 @ $892.32)
   c. Escrow Shortage                                $531.10
   Total                                           $4,376.44
   ```

   If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Chase Home Finance LLC rights to collect these amounts will be unaffected.

Respectfully Submitted,
Chase Home Finance LLC

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602